1 | JEFFREY J. LOWE
JEFFREY J. LOWE, P.C.
2 | 8235 Forsyth, Suite 1100
St Louis, Missouri 63105
3 | jeff@jefflowepc.com
Telephone:   (314) 678-3400
4 | Facsimile:   (314) 678-3401

5 | CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
6 | St. Louis MO 63105
Telephone: 314-725-7700
7 | Facsimile: 314-721-0905

8 | Charles Lampin
Kell Lampin LLC
9 | 4700 Mexican Rd.
St. Peters, Missouri 63376
10 | 636-498-4000

11 | T. Evan Schaeffer
Andrea B. Lamere
12 | SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
13 | Highway 67, Suite B
Godfrey, IL 62035
14 | 618-467-8200

15 | Evan Buxner
Walther Glenn Law Offices
16 | 10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63117
17 | 314-725-9595
Fax: 314-725-9597

18 | Attorneys for Plaintiffs
19 |

20 |                  UNITED STATES DISTRICT COURT
21 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA
22 |

23 | Floyd Thanes, John Hammond, Chris
Piechoinski, Gary Bebb, Elbert Rickman,
24 | David Sachs, Melba Ebert, Elizabeth
Woods, William Weston, Jack Cook,     ) Case No.
25 | Marvin Cornelius, Maxine Lehr, Jean  )
Wiggins, Rob Brazzon, and John        ) MDL M:05-cv-01699 IN RE:
26 | Sanderson                            ) BEXTRA AND CELEBREX
                                       ) MARKETING SALES
27 |
28 |

507851 / 005424                                          COMPLAINT

1

Plaintiffs,                          **PRACTICES AND PRODUCT**
                                                 **LIABILITY LITIGATION**
2
          v.
3

4

5   **PFIZER INC**

6   Serve:  Registered Agent
                      CT Corporation System
7                     818 West 7th Street
                      Los Angeles, CA 90017
8
    **MONSANTO COMPANY**
9
    Serve: Registered Agent
10                   CT Corporation System
                     818 West 7th Street
11                   Los Angeles, CA 90017

12  **PHARMACIA CORPORATION,**

13  Serve: Registered Agent
                     CT Corporation System
14                   818 West 7th Street
                     Los Angeles, CA 90017
15

16  **G.D. SEARLE LLC,**

17  Serve: Registered Agent
                     CT Corporation System
18                   818 West 7th Street
                     Los Angeles, CA 90017
19

20                   Defendants.

21
          COME NOW Plaintiffs, and for their complaint against G.D. Searle LLC, Pharmacia
22
    Corporation, Monsanto Company, and Pfizer Inc. and allege as follows:
23
          1.  Floyd Thanes is a citizen of the state of Michigan.  Because of plaintiff's use of Bextra,
24
    plaintiff suffered a stroke and related injuries.  Bextra caused or was a contributing cause of
25
    plaintiff's health problems.
26
          2.  John Hammond is a citizen of the state of Missouri.  Because of his use of Bextra, he
27

28

1    suffered a heart attack and related injuries. Bextra caused or was a contributing cause of his health
2    problems.

3        3. Chris Piechoinski is a citizen of the state of Missouri. Because of his use of Bextra, he
4    suffered a heart attack and related injuries. Bextra caused or was a contributing cause of his health
5    problems.

6        4. Gary Bebb is a citizen of the state of Missouri. Because of his use of Bextra, he suffered
7    cardiac injuries. Bextra caused or was a contributing cause of his health problems.

8        5. Elbert Rickman is a citizen of the state of North Carolina. Because of his use of Bextra,
9    he suffered cardiac injuries. Bextra caused or was a contributing cause of his health problems.

10        6. David Sachs is a citizen of the state of Missouri. Because of his use of Bextra, he
11    suffered cardiac injuries. Bextra caused or was a contributing cause of his health problems.

12        7. Melba Ebert is a citizen of the state of Missouri. Because of her use of Bextra, she
13    suffered cardiac injuries. Bextra caused or was a contributing cause of her health problems.

14        8. Elizabeth Woods is a citizen of the state of Indiana. Because of her use of Bextra, she
15    suffered cardiac injuries. Bextra caused or was a contributing cause of her health problems.

16        9. William Weston is a citizen of the state of Florida. Because of his use of Bextra, he
17    suffered cardiac injuries. Bextra caused or was a contributing cause of her health problems.

18        10. Jack Cook is a citizen of the state of West Virginia. Because of his use of Bextra, he
19    suffered a stroke and related injuries. Bextra caused or was a contributing cause of his health
20    problems.

21        11. Marvin Cornelius is a citizen of the state of California. Because of his use of Bextra, he
22    suffered cardiac injuries. Bextra caused or was a contributing cause of his health problems.

23        12. Maxine Lehr is a citizen of the state of Ohio. Because of her use of Bextra, she
24    suffered cardiac injuries. Bextra caused or was a contributing cause of her health problems.

25        13. Jean Wiggins is a citizen of the state of Georgia. Because of her use of Bextra, she
26    suffered cardiac injuries. Bextra caused or was a contributing cause of her health problems.

27

28

1    14. Rob Brazzon is a citizen of the state of Ohio. Because of his use of Bextra, he suffered

2    a heart attack and related injuries. Bextra caused or was a contributing cause of his health problems.

3    15. John Sanderson is a citizen of the state of Iowa. Because of his use of Bextra, he

4    suffered cardiac injuries. Bextra caused or was a contributing cause of his health problems.

5    16. Defendant Pfizer Inc (hereinafter "Pfizer") is a Delaware corporation, and Pfizer was in

6    the business of manufacturing, marketing, selling and distributing the pharmaceutical product

7    Bextra.

8    17.    Defendant G.D. Searle LLC (hereinafter "Searle") is a citizen of Illinois as it has

9    members who are citizens of Illinois. Searle was a division of Monsanto and was in the business of

10    designing, manufacturing, marketing, selling and distributing the pharmaceutical product Bextra.

11    18.    Defendant Pharmacia is a Delaware Corporation that was in the business of

12    manufacturing, marketing, selling and distributing the pharmaceutical product Bextra.

13    19.    Defendant Monsanto Company (hereinafter "Monsanto") is a Delaware Corporation

14    with its principal place of business in Missouri. Monsanto was in the business of designing,

15    manufacturing, marketing, selling and distributing the pharmaceutical product Bextra.

16    20.    Bextra (Valdecoxib) is a pharmaceutical treatment for musculoskeletal

17    joint pain associated with osteoarthritis, among other maladies. Pfizer, Pharmacia, Monsanto,

18    Searle manufactured, designed, packaged, marketed and distributed this drug. Pfizer, Pharmacia,

19    Monsanto, and Searle encouraged the improper use of this drug, misrepresented the safety and

20    effectiveness of this drug, and concealed or understated its dangerous side effects. Pfizer,

21    Pharmacia, Monsanto, and Searle aggressively marketed this drug directly to the consuming public,

22    although only available through prescription, through the use of various marketing mediums,

23    including, but not limited to, print and television advertisements. Pfizer, Pharmacia, Monsanto, and

24    Searle did this to increase sales and profits.

25    21.    Pfizer, Pharmacia, Monsanto, and Searle actually knew of the defective nature of

26    their product as herein set forth, yet continued to design, manufacture, market, distribute and sell

27

28

1   their product so as to maximize sales and profits at the expense of the general public's health and
2   safety in conscious disregard of the foreseeable harm caused by this product. Pfizer, Pharmacia,
3   Monsanto, and Searle's conduct exhibits such an entire want of care as to establish that their actions
4   were a result of fraud, ill will, recklessness, gross negligence or willful and intentional disregard to
5   the Plaintiff's individual rights, and hence punitive damages are appropriate.

6                                   **BACKGROUND-BEXTRA**

7        22.     Bextra (Valdecoxib) is a pharmaceutical treatment for musculoskeletal
8   joint pain associated with osteoarthritis, among other maladies. Pfizer, Pharmacia, Monsanto, and
9   Searle did manufacture, design, package, market and distribute this drug.

10       23.     This complaint seeks redress for damages sustained by plaintiffs, resulting from
11  plaintiffs' use of Bextra (Valdecoxib), manufactured and sold by Pfizer, Pharmacia, Monsanto, and
12  Searle.

13       24.     The damages sought herein are the direct and proximate result of Pfizer, Pharmacia,
14  Monsanto, and Searle's wrongful conduct in connection with designing, testing, inspecting,
15  manufacturing, assembling, developing, labeling, sterilizing, licensing, marketing, advertising,
16  promoting, selling, packaging, supplying and/or distributing the prescription drug Bextra
17  (Valdecoxib).

18       25.     Pfizer, Pharmacia, Monsanto, and Searle were engaged in the business of designing,
19  testing, inspecting, manufacturing, assembling, developing, labeling, sterilizing, licensing,
20  marketing, advertising, promoting, selling, packaging, supplying and/or distributing the
21  pharmaceutical drug Bextra (Valdecoxib) throughout the United States.

22                                      **JURISDICTION**

23       26.  There is federal subject matter jurisdiction based on diversity of citizenship because
24  plaintiffs and defendant are citizens of different states and the amount-in-controversy requirement
25  exceeds \$75,000 for each plaintiffs' claim.

26       27.  The applicable statute of limitations is tolled based on defendants' fraudulent

27

28

1  concealment of the dangers and adverse side effects of the drug Bextra, respectively, from plaintiffs

2  as more fully stated herein, which prevented them from discovering defendants' wrongdoing.

3  Additionally, for the reasons stated herein, defendants are equitably estopped from raising the

4  statute of limitations defense.

5

6  **COUNT I**

7  **STRICT PRODUCTS LIABILITY/ DEFECTIVE DESIGN**

8  Come now plaintiffs and for Count I of their Complaint against defendants Pfizer,

9  Pharmacia, Monsanto, and Searle, allege:

10  28. Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set forth

11  herein.

12  29. Pfizer, Pharmacia, Monsanto, and Searle designed, produced, manufactured and injected

13  into the stream of commerce, in the regular course of its business, the pharmaceutical drug Bextra

14  (Valdecoxib) which it knew would be used by plaintiffs and others.

15  30.. At the time Bextra (Valdecoxib) was manufactured and sold to plaintiffs

16  by Pfizer, Pharmacia, Monsanto, and Searle, it was defective in design and unreasonably dangerous,

17  subjecting users to risks of heart attacks, strokes, and other illnesses which exceeded the benefits of

18  the products, and for which other safer products were available. This defective condition made the

19  product unreasonably dangerous when put to a reasonably anticipated use as

20  treatment for pain relief, which was the use for which Bextra (Valdecoxib) was advertised.

21  31. Alternatively, when the Bextra (Valdecoxib) products were manufactured and sold to

22  plaintiffs by Pfizer, Pharmacia, Monsanto, and Searle, the products were defective in design and

23  formulation, making use of the product more dangerous than other drugs for pain relief.

24  32. Plaintiffs used Bextra (Valdecoxib) in a manner reasonably anticipated.

25  33. The Bextra (Valdecoxib) sold to the plaintiffs reached the plaintiffs without

26  substantial change. Plaintiffs were unaware of the dangerous propensities of the product. The

27

28

1  plaintiffs ingested the Bextra (Valdecoxib) without making any changes or alterations.

2      34.    As a direct and proximate result of the defective and dangerous design of the Bextra

3  (Valdecoxib), Plaintiffs has been damaged.

4      35.    Pfizer, Pharmacia, Monsanto, and Searle's conduct was done with conscious

5  disregard for the safety of users of Bextra (Valdecoxib), including plaintiffs, justifying an award of

6  punitive damages.

7                              **COUNT II**

8              **STRICT PRODUCTS LIABILITY/FAILURE TO WARN**

9      Come now plaintiffs and for Count II of their Complaint against defendants  Pfizer,

10  Pharmacia, Monsanto, and Searle and allege:

11      36. Plaintiffs repeat and re-alleges the allegations of the prior paragraphs as if fully set forth

12  herein.

13      37.    The Bextra (Valdecoxib) manufactured, supplied, and sold by Pfizer, Pharmacia,

14  Monsanto, and Searle was unaccompanied by proper and adequate warnings regarding all adverse

15  side effects associated with the use of Bextra (Valdecoxib) and the comparative severity and

16  duration of the adverse effects as well as that it was not approved for relief of  acute pain and that it

17  did not have any approved gastrointestinal-protective benefit.  The warnings given by Pfizer,

18  Pharmacia, Monsanto, and Searle did not accurately reflect the symptoms, type, scope, or severity of

19  the side effects.

20      38.    The Bextra (Valdecoxib) manufactured, supplied, and sold by Pfizer, Pharmacia,

21  Monsanto, and Searle was an unreasonably dangerous defective product which posed unacceptable

22  risks to human health when put to a reasonably anticipated use by Plaintiffs who were without

23  knowledge of its dangerous characteristics.

24      39.    Pfizer, Pharmacia, Monsanto, and Searle failed to perform adequate testing and study

25  of Bextra (Valdecoxib) prior to marketing it or ignored existing data.  Such adequate testing, study

26  or analysis would have shown that Bextra (Valdecoxib) possessed serious life threatening side

27

28

1  effects, with respect to which full and proper warnings accurately and fully reflecting symptoms,
2  type of illness, scope and severity should have been given with respect to the use of Bextra
3  (Valdecoxib).

4  40.  Pfizer, Pharmacia, Monsanto, and Searle also failed to act properly on adverse event
5  reports it received about Bextra (Valdecoxib), and failed to properly study Bextra (Valdecoxib)'s
6  pre-market as well as post market.

7  41.  Pfizer, Pharmacia, Monsanto, and Searle also failed to effectively warn users and
8  physicians that numerous other methods of safer pain relievers were available.

9  42.  Pfizer, Pharmacia, Monsanto, and Searle failed to give adequate pre- and post-
10  marketing warnings or instructions for the use of Bextra (Valdecoxib) because after Pfizer,
11  Pharmacia, Monsanto, and Searle knew or should have know of the risk of injury from Bextra
12  (Valdecoxib) use, Pfizer, Pharmacia, Monsanto, and Searle failed to provide adequate warnings to
13  users or consumers and continued to aggressively promote the product to doctors, hospitals, and
14  directly to consumers.

15  43.  Plaintiffs used Bextra (Valdecoxib) in a manner reasonably anticipated.

16  44.  As a direct and proximate result of Pfizer, Pharmacia, Monsanto, and Searle selling
17  Bextra (Valdecoxib) without adequate warnings, as well as the other conduct mentioned in this
18  Count, plaintiffs have been damaged.

19  45.  Pfizer, Pharmacia, Monsanto, and Searle's conduct was done with conscious
20  disregard for safety, justifying an award of punitive damages.

21  ## COUNT III

22  ## NEGLIGENT DESIGN

23  Come now plaintiffs and for Count III of their Complaint against defendants Pfizer,
24  Pharmacia, Monsanto, and Searle, allege:

25  46. Plaintiffs repeat and re-alleges the allegations of the prior paragraphs as if fully set forth
26  herein.

27
28

507851 / 005424                    8                                    COMPLAINT

1    47.    Pfizer, Pharmacia, Monsanto, and Searle designed, produced, manufactured and

2    injected into the stream of commerce, in the regular course of its business, the pharmaceutical drug

3    Bextra (Valdecoxib) which it knew would be used by Plaintiffs and others.

4    48.    At the time the Bextra (Valdecoxib) was manufactured and sold to

5    Plaintiffs by Pfizer, Pharmacia, Monsanto, and Searle, it was defective in design and unreasonably

6    dangerous, subjecting users to risks of heart attacks, strokes, blood clots, and other illnesses which

7    exceeded the benefits of the product, and for which other safer products were available.

8    49.    Alternatively, when the Bextra (Valdecoxib) product was manufactured and sold to

9    the Plaintiffs by Pfizer, Pharmacia, Monsanto, and Searle, the product was defective in design and

10    formulation, making use of the product more dangerous than other drugs for pain relief.

11    50.    The Bextra (Valdecoxib) sold to Plaintiffs reached the Plaintiffs without

12    substantial change. Plaintiffs were unaware of the dangerous propensities of the product until well

13    after his use and subsequent stroke. Plaintiffs ingested the Bextra (Valdecoxib) without making any

14    changes or alterations.

15    51.    In designing and manufacturing Bextra (Valdecoxib), Pfizer, Pharmacia, Monsanto,

16    and Searle failed to exercise the ordinary care that a careful and prudent drug manufacturer would

17    exercise in the same or similar circumstances.

18    52.    As a direct and proximate result of the negligent design of Bextra

19    (Valdecoxib), Plaintiffs have been damaged.

20    53.    Pfizer, Pharmacia, Monsanto, and Searle conduct was done with conscious disregard

21    for the safety of users of Bextra (Valdecoxib), including Plaintiffs.

22                                  **COUNT IV**

23                        **NEGLIGENT FAILURE TO WARN**

24    Come now plaintiffs and for Count IV of their Complaint against defendants Pfizer,

25    Pharmacia, Monsanto, and Searle, allege:

26    54. Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set forth

27

28

507851 / 005424                              9                              COMPLAINT

1 herein.

2    55.    Pfizer, Pharmacia, Monsanto, and Searle owed Plaintiffs a duty to warn of any

3 dangerous defects or side effects; a duty to assure its product did not cause users unreasonable and

4 dangerous risks, reactions, side effects; and a duty to provide adequate post market surveillance and

5 warnings as it learned of Bextra (Valdecoxib) substantial dangers.

6    56.    Pfizer, Pharmacia, Monsanto, and Searle breached its duty of reasonable care to

7 Plaintiffs in that Pfizer, Pharmacia, Monsanto, and Searle failed to:

8        a.    Conduct sufficient testing which, if properly performed, would

9        have shown that Bextra (Valdecoxib) had serious side effects, including heart

10       attacks, strokes, hypertension, atherosclerosis, blood clots, and other serious side

11       effects, and warn users of those risks; and/or

12       b.    Include adequate warnings with Bextra (Valdecoxib) that would alert users to

13       the potential risks and serious side effects the drugs as well as the limited benefits

14       and the approved uses; and/or

15       c.    Warn the Plaintiffs that use of Bextra (Valdecoxib) carried a risk of death or

16       permanent disability from heart attacks, strokes, blood clots, other cardiovascular

17       disorders and other serious side effects; and/or

18       d.    Advise the FDA, the health care industry, and the public about the adverse

19       reports it had received regarding Bextra (Valdecoxib); and/or

20       e.    Provide Plaintiffs with other appropriate warnings, including

21       but not limited to that Bextra is not approved for acute pain, it had no proven

22       gastrointestinal-protective effects, it should not be used indefinitely, and patients had

23       to be adequately screened prior to taking Bextra.

24   57.    Pfizer, Pharmacia, Monsanto, and Searle should have known that Bextra

25 (Valdecoxib) caused unreasonably dangerous risks and serious side effects of which the general

26 public would not be aware. Pfizer, Pharmacia, Monsanto, and Searle nevertheless advertised,

27

28

507851 / 005424                                    10                                    COMPLAINT

1    marketed and promoted its product knowing there were safer methods and products for pain control.

2    58.    As a direct and proximate result of Pfizer, Pharmacia, Monsanto, and Searle's

3    negligence and breach of its duty of reasonable care, Plaintiffs have been damaged.

4    ## COUNT V

5    ## FRAUDULENT CONCEALMENT

6    Come now plaintiffs and for Count V of his Complaint against defendants Pfizer,

7    Pharmacia, Monsanto, and Searle, allege:

8    59.  Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set forth

9    herein.

10    60.    Pfizer, Pharmacia, Monsanto, and Searle had actual knowledge of the

11    cardiothrombotic effects of Bextra (Valdecoxib).  Despite having knowledge of the

12    cardiothrombotic effects of Bextra (Valdecoxib), Pfizer, Pharmacia, Monsanto, and Searle actively

13    concealed and omitted to disclose those effects when marketing Bextra (Valdecoxib) to doctors,

14    health care providers, and to the general public through direct advertisements.

15    61.    At the time these omissions were made, Pfizer, Pharmacia, Monsanto, and Searle had

16    knowledge of the substantial and significant cardiothrombotic effects of Bextra (Valdecoxib).

17    62.    Pfizer, Pharmacia, Monsanto, and Searle omitted to inform Plaintiffs of the true

18    cardiothrombotic and other adverse health effects of Bextra (Valdecoxib). Pfizer, Pharmacia,

19    Monsanto, and Searle further downplayed the results of various studies showing the

20    cardiothrombotic effects; it withheld adverse reports or gave incorrect information about the reports

21    it received about the side effects of Bextra (Valdecoxib) such as heart attacks and strokes.

22    63.    Pfizer, Pharmacia, Monsanto, and Searle's failure to disclose material facts

23    constituted fraudulent concealment.  Pfizer, Pharmacia, Monsanto, and Searle sanctioned approved

24    and/or participated in the failure to disclose.

25    64.    Pfizer, Pharmacia, Monsanto, and Searle had a duty to speak because they had

26    superior knowledge regarding the adverse health effects of Bextra (Valdecoxib) as set forth herein.

27

28

507851 / 005424                                11                                COMPLAINT

1      65.     The information not disclosed by Pfizer, Pharmacia, Monsanto, and Searle was

2  unavailable to Plaintiffs and/or their treating health care professionals. Pfizer, Pharmacia, Monsanto,

3  and Searle knew the information was unavailable yet approved and participated in instructing its

4  agents, servants and employees to not disclose the information in order to promote the sales of

5  Bextra (Valdecoxib) over other Cox 2 inhibitors as well as any non-steroidal anti-inflammatory such

6  as Ibuprofen and Naproxen.

7      66.     Plaintiffs were diligent in attempting to seek the information by consulting with his

8  physicians.

9      67.     The information not disclosed by Pfizer, Pharmacia, Monsanto, and Searle was not

10  within the reasonable reach of plaintiffs, and/or their treating physicians, in the exercise of

11  reasonable care.

12      68.     The non-disclosed information was material, and Pfizer, Pharmacia, Monsanto, and

13  Searle knew they were not disclosing complete information and intended that plaintiffs and/or their

14  treating physicians act upon the non-disclosed information in the manner reasonably contemplated.

15      69.     Plaintiffs and/or their treating physician were ignorant as to the undisclosed

16  information and had a right to rely on full disclosure.

17      70.     If plaintiffs and/or their treating physicians had known the complete

18  information, they would not have prescribed and/or plaintiffs would not have taken Bextra

19  (Valdecoxib) as evidenced by Pfizer, Pharmacia, Monsanto, and Searle being required to include a

20  black label warning.

21      71.     Pfizer, Pharmacia, Monsanto, and Searle's non-disclosure of information was

22  outrageous due to their evil motive and reckless indifference to the rights of plaintiffs, justifying and

23  award of punitive damages.

24                                    **COUNT VI**

25                         **COMMON LAW FRAUD**

26      Come now plaintiffs and for Count XVII of their Complaint against defendants Pfizer,

27

28

507851 / 005424                12                        COMPLAINT

1  Pharmacia, Monsanto, and Searle and allege:

2      72.    Plaintiffs repeat and re-alleges the allegations of the prior paragraphs as if fully set
3  forth herein.

4      73.    Pfizer, Pharmacia, Monsanto, and Searle made false representations and omissions to
5  plaintiffs and other members of the public, including but not limited to, that Bextra (Valdecoxib)
6  was safe, had been adequately tested to determine safety, and did not present life-threatening
7  dangers.

8      74.    These representations and omissions, as set forth in the above paragraphs, were false.
9  The true facts were that Bextra (Valdecoxib) was not safe, had not been adequately tested, and had
10 dangerous and life-threatening side effects. When Pfizer, Pharmacia, Monsanto, and Searle made
11 the representations, it knew them to be false, and said representations were made by Pfizer,
12 Pharmacia, Monsanto, and Searle with the intent to deceive plaintiffs and/or his prescribing
13 physicians and with the intent to induce plaintiffs to use the Bextra (Valdecoxib) manufactured by
14 Pfizer, Pharmacia, Monsanto, and Searle.

15     75.    Plaintiffs and/or their physicians, reasonably relied upon false
16 representations and omissions; plaintiffs' physicians prescribed Bextra (Valdecoxib), and Plaintiffs
17 used Bextra (Valdecoxib).  Plaintiffs would not have done so if he had known the true facts.  In
18 using Bextra (Valdecoxib), plaintiffs exercised ordinary care.

19     76.    As a direct and proximate result of the aforesaid fraudulent conduct, Pfizer,
20 Pharmacia, Monsanto, and Searle caused plaintiffs to suffer the damages and injuries herein alleged.

21     77.    Pfizer, Pharmacia, Monsanto, and Searle's conduct was outrageous due to its evil
22 motive or reckless indifference to the rights of plaintiffs, justifying an award of punitive damages.

23                                 **COUNT VII**

24                        **BREACH OF IMPLIED WARRANTY**

25         Come now plaintiffs and for Count VII of their Complaint against defendants
26 Pfizer, Pharmacia, Monsanto, and Searle, allege:

27

28

1    78.    Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set
2    forth herein.

3    79.    When Pfizer, Pharmacia, Monsanto, and Searle placed the Bextra (Valdecoxib) into
4    the stream of commerce, Pfizer, Pharmacia, Monsanto, and Searle knew of the use for which the
5    drug was intended and impliedly warranted to consumers including plaintiffs that the use of Bextra
6    (Valdecoxib) was a safe and acceptable means of relieving pain and impliedly warranted that the
7    product was of merchantable quality and safe for its intended use.

8    80.    Plaintiffs relied upon Pfizer, Pharmacia, Monsanto, and Searle and its judgment
9    when his purchased and utilized Bextra (Valdecoxib).

10    81.    The Bextra (Valdecoxib) was not of merchantable quality and was not safe or fit for
11    its intended use because it was unreasonably dangerous and incapable of satisfying the ordinary
12    purpose for which it was intended, and because it caused serious injury to plaintiffs.

13    82.    As a direct and proximate result of the dangerous and defective condition of Bextra
14    (Valdecoxib), plaintiff were injured, and he incurred economic damages in the form of medical
15    expense.

16    83.    Plaintiffs are entitled to recover from Pfizer, Pharmacia, Monsanto, and Searle for all
17    damages caused by the defective product including, but not limited to, damages for pain, suffering,
18    loss of the capacity to enjoy life, lost past and future income and incurred expense.

19                                    **COUNT VIII**

20                        **BREACH OF EXPRESS WARRANTY**

21    Come now plaintiffs and for Count XVIII of their Complaint against defendants Pfizer,
22    Pharmacia, Monsanto, and Searle and allege:

23    84.    Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set
24    forth herein.

25    85.    Pfizer, Pharmacia, Monsanto, and Searle expressly warranted to plaintiffs by
26    statements made by Pfizer, Pharmacia, Monsanto, and Searle or its authorized agents, orally or in
27
28

507851 / 005424                                    14                                    COMPLAINT

1  written publications, package labels, and/or inserts, that Bextra (Valdecoxib) was safe, effective, fit,

2  and proper for its intended use. The express warranties include, but were not limited to:

3              a. Bextra (Valdecoxib) is used in adults for: a. for relief of the signs and symptoms

4              of osteoarthritis and adult rheumatoid arthritis: and

5              b. for the treatment of primary dysmenorrhea.

6      86.    In utilizing Bextra (Valdecoxib), plaintiffs relied upon the skill, judgment,

7  representations, and express warranties of Pfizer, Pharmacia, Monsanto, and Searle.

8      87.    The express warranties and representations made by Pfizer, Pharmacia, Monsanto,

9  and Searle were false in that Bextra (Valdecoxib) was not safe and was not fit for the use for which

10 it was intended.

11     88.    As a direct and proximate result of the dangerous and defective condition of Bextra

12 (Valdecoxib), plaintiffs were injured, and they incurred economic damages in the form of medical

13 expense.

14     89.    Plaintiffs are entitled to recover from Pfizer, Pharmacia, Monsanto, and Searle for all

15 damages caused by the defective product including, but not limited to, damages for pain, suffering,

16 loss of the capacity to enjoy life, lost past and future income and incurred expense.

17                              **COUNT IX**

18                      **NEGLIGENT MISREPRESENTATION**

19         Come now plaintiffs and for Count IX of their Complaint against defendants

20 Pfizer, Pharmacia, Monsanto, and Searle, allege:

21     90.    Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set

22 forth herein.

23     91.    Pfizer, Pharmacia, Monsanto, and Searle knew, or should have known, that there

24 were dangerous side effects resulting from the ingestion of Bextra (Valdecoxib).

25     92.    Pfizer, Pharmacia, Monsanto, and Searle knew or reasonably should have known that

26 consumers such as plaintiffs would not have known about the increased risk of heart attack and

27

28

507851 / 005424                              15                              COMPLAINT

1   strokes associated with the ingestion of Bextra (Valdecoxib).

2       93.    Pfizer, Pharmacia, Monsanto, and Searle armed with the knowledge stated in the

3   preceding two paragraphs, proceeded with the design, production, manufacture, promotion,

4   advertising, and sale of Bextra (Valdecoxib) without adequate warning of the side effects and

5   dangerous risks to the consuming public including plaintiffs.

6       94.    Pfizer, Pharmacia, Monsanto, and Searle negligently represented to plaintiffs the

7   safety and effectiveness of Bextra (Valdecoxib) and concealed material information, including

8   adverse information regarding the safety and effectiveness of Bextra (Valdecoxib). The

9   misrepresentations and/or material omissions made by or perpetuated by Pfizer, Pharmacia,

10  Monsanto, and Searle are as follows, Pfizer, Pharmacia, Monsanto, and Searle failed to:

11          a.    Conduct sufficient testing which, if properly performed, would have shown

12          that Bextra (Valdecoxib) had serious side effects, including heart attacks, strokes,

13          hypertension, atherosclerosis, blood clots, and other serious side effects, and warn

14          users of those risks; and/or

15          b.    Include adequate warnings with Bextra (Valdecoxib) products that would

16          alert users to the potential risks and serious side effects the drugs as well as the

17          limited benefits and the approved uses; and/or

18          c.    Warn the plaintiffs that use of Bextra (Valdecoxib) carried a risk of death or

19          permanent disability from heart attacks, strokes, blood clots, other cardiovascular

20          disorders and other serious side effects; and/or

21          d.    Advise the FDA, the health care industry, and the public about the adverse

22          reports it had received regarding Bextra (Valdecoxib); and/or

23          e.    Provide plaintiffs with other appropriate warnings, including but not limited

24          to that Bextra is not approved for acute pain, it had no proven gastrointestinal-

25          protective effects, it should not be used indefinitely, and patients had to be

26          adequately screened prior to taking Bextra.

27

28

507851 / 005424                    16                    COMPLAINT

1    95.    Pfizer, Pharmacia, Monsanto, and Searle made the misrepresentations and omissions

2  with the intent for plaintiffs the consuming public to rely upon such information or the absence of

3  such information in selection of Bextra (Valdecoxib) as a treatment for pain relief.

4    96.    Plaintiffs justifiably relied on and/or was induced by the misrepresentations and/or

5  active concealment by Pfizer, Pharmacia, Monsanto, and Searle and he relied upon the absence of

6  safety information which Pfizer, Pharmacia, Monsanto, and Searle suppressed, concealed, or failed

7  to disclose all to plaintiffs' detriment.

8    97.    As a direct and proximate result of the dangerous and defective condition of Bextra

9  (Valdecoxib) plaintiffs were injured, and they incurred economic damages in the form of medical

10  expense.

11    98.    Plaintiffs are entitled to recover from Pfizer, Pharmacia, Monsanto, Searle for all

12  damages caused by the defective product including, but not limited to, damages for pain, suffering,

13  loss of the capacity to enjoy life, lost past and future income and occurred expense.

14  **COUNT X**

15  **(Concert of Action)**

16    Come now plaintiffs and for Count X of his Complaint against defendants Pfizer,

17  Pharmacia, Monsanto, and Searle, allege:

18    99.    Plaintiffs repeat and re-allege the allegations of the prior paragraphs as if fully set

19  forth herein.

20    100.    Pfizer, Pharmacia, Monsanto, and Searle continued to profit from their scheme,

21  concert of action by withholding information from plaintiffs, the consuming public, the FDA, and/or

22  the health care industry.

23    101.    Defendants Pfizer, Pharmacia, Monsanto, and Searle acted in concert of action to

24  promote the use of Bextra to individual doctors, hospitals and/or to the general public, knowingly

25  misrepresenting Bextra as safe.  In doing so, they engaged in tortious conduct by failing to disclose

26  and/or affirmatively misrepresenting the safety of Bextra with regard to heart attacks, strokes, and

27

28

1  other cardiovascular events in order to obtain the the FDA approval of Bextra and/or to promote the
2  sale and distribution of Bextra to individuals including the plaintiffs herein, acting in concert of
3  action with each other. These actions included providing samples to doctors and hospitals, entering
4  into formulary agreements, etc., and/or providing misleading and false material representations and
5  omitting to disclose material facts as alleged herein.

6  102. Defendants Pfizer, Pharmacia, Monsanto, and Searle actively pursued a common plan
7  or scheme to design, promote, advertise, distribute and sell Bextra for their individual financial gain
8  and benefit by willfully and fraudulently misrepresenting and/or concealing and/or intentionally
9  failing to disclose material facts to the FDA, plaintiffs, plaintiffs' treating physicians, health care
10  providers and/or to the general public about the risks and dangers of Bextra.

11  103. Defendants Pfizer, Pharmacia, Monsanto, and Searle advanced this common intent,
12  plan, scheme and purpose by: (1) failing to inform plaintiffs, plaintiffs' treating physicians, health
13  care providers, the FDA and/or the general public, of the true cardiothrombotic and other adverse
14  health effects of Bextra; and/or (2) intentionally downplaying, misinterpreting, and/or engaging in
15  the intentional omissions of information regarding the results of various studies showing the
16  cardiothrombotic effects and explaining the cardiothrombotic effects of Bextra; and that the FDA
17  did not approve it for treatment of acute pain based on its preapproved submissions to the FDA;
18  and/or (3) withholding adverse reports and/or giving incorrect information about the reports they
19  received about the side effects of Bextra such as heart attacks, strokes and blood clots to plaintiffs
20  and plaintiffs' treating physicians, health care providers, the FDA, and the general public; and/or
21  (4) engaging in a pattern and conduct of actively misrepresenting,

22  concealing, and or omitting to disclose these effects when marketing and promoting Bextra through
23  direct to consumer advertising and marketing to plaintiffs, plaintiffs' treating physicians, health care
24  providers and/or the general public.

25  104. Defendants Pfizer, Pharmacia, Monsanto, and Searle's misrepresentations of material
26  facts as described herein constituted fraudulent concealment in furtherance of the concert of action.
27
28

18                              COMPLAINT

1    105. Each of the defendants Pfizer, Pharmacia, Monsanto, and Searle sanctioned, approved

2  and/or participated in misrepresenting material facts to the FDA, plaintiffs and/or to plaintiffs'

3  treating physicians and health care providers and/or failed to disclose/omitted material facts to the

4  FDA plaintiffs, plaintiffs' treating physicians and health care providers and to the general public in

5  connection with the common purpose or scheme to promote, advertise, distribute and profit, each of

6  them, from the sale of Bextra to plaintiffs' and the general public.

7    106. Each of the defendants Pfizer, Pharmacia, Monsanto, and Searle knew their conduct, as

8  described above, as well as the conduct of all of the defendants, jointly and severely, constituted a

9  breach of duty owed plaintiffs, yet gave substantial assistance and/or encouragement to the others to

10  carry out defendants' common plan or scheme, and/or to promote, advertise, distribute and profit

11  from the sale of Bextra to plaintiffs and the general public, which in turn was a substantial factor in

12  causing or contributing to cause plaintiffs' personal injuries and actual damages in an amount to be

13  proved at trial.

14    107. Defendants Pfizer, Pharmacia, Monsanto, and Searle's conduct, as described herein,

15  knowing of the dangers and risks of Bextra, yet fraudulently concealing and/or omitting to tell the

16  FDA plaintiffs and/or plaintiffs' treating physicians of these material facts, in furtherance of their

17  concert of action was outrageous because of defendants' evil motive or a reckless indifference to the

18  safety of users of Bextra, including plaintiffs.

19                                  **COUNT XI**

20                                **(Conspiracy)**

21    Comes now plaintiffs, and for Count XI of their Complaint against defendants Pfizer,

22  Pharmacia, Monsanto, and Searle state the following:

23    108. Plaintiffs reallege the allegations in the preceding paragraphs as if fully set forth

24  herein. Plaintiffs further allege that all wrongdoing alleged in the preceding counts was done in

25  conspiracy with defendants Pfizer, Pharmacia, Monsanto, and Searle, and that each defendant did

26  acts in furtherance of the conspiracy alleged herein.

27

28

507851 / 005424                              19                              COMPLAINT

1       109.  Defendants Pfizer, Pharmacia, Monsanto, and Searle, each of them, reached a meeting

2   of the minds regarding the common plan or scheme and actively pursued a common plan or scheme

3   to design, promote, advertise, distribute and sell Bextra for their individual financial gains and

4   benefit by willfully and fraudulently misrepresenting and/or concealing and/or intentionally failing

5   to disclose material facts to plaintiffs, plaintiffs' treating physicians, health care providers and to the

6   general public about the risks and dangers of Bextra.

7       110.  Defendants Pfizer, Pharmacia, Monsanto, and Searle , and each of them, in one or

8   more of the following ways, advanced this common intent, plan, scheme and purpose by: (1) failing

9   to inform plaintiffs, plaintiffs' treating physicians, health care providers, the FDA and/or the general

10  public, of the true cardiothrombotic and other adverse health effects of Bextra; and/or (2)

11  intentionally downplaying, misinterpreting, and/or engaging in the intentional omissions of

12  information regarding the results of various studies showing the cardiothrombotic effects and

13  explaining the cardiothrombotic effects of Bextra; and that the FDA did not approve it for treatment

14  of acute pain based on its preapproved submissions to the FDA;  and/or (3) withholding adverse

15  reports and/or giving incorrect information about the reports they received about the side effects of

16  Bextra such as heart attacks, strokes and blood clots to plaintiffs and plaintiffs' treating physicians,

17  health care providers, the FDA, and the general public;  and/or (4) engaging in a pattern and conduct

18  of actively misrepresenting, concealing, and or omitting to disclose these effects when marketing

19  and promoting Bextra through direct to consumer advertising and marketing to plaintiffs, plaintiffs'

20  treating physicians, health care providers and/or the general public.

21      111.  Defendants Pfizer, Pharmacia, Monsanto, and Searle's misrepresentations of material

22  fact as described herein, constituted fraudulent misrepresentations and defendants Pfizer,

23  Pharmacia, Monsanto, and Searle failure to disclose material facts, as further described herein,

24  constituted fraudulent concealment in furtherance of the conspiracy which occurred in part, in the

25  City of St. Louis, State of Missouri.

26

27

28

1       112. Each of the defendants Pfizer, Pharmacia, Monsanto, and Searle participated in

2 misrepresenting material facts to plaintiffs and/or to plaintiffs' treating physicians and health care

3 providers and/or failed to disclose/omitted material facts to plaintiffs, plaintiffs' treating physicians

4 and health care providers and to the general public in connection with the common purpose or

5 scheme to promote, advertise, distribute, and each of them profit from the sale of Bextra to plaintiffs

6 and to the general public.

7       113. As a result of the conspiracy of the defendants Pfizer, Pharmacia, Monsanto, and

8 Searle, as described above, plaintiffs' sustained personal injuries and actual monetary damages in an

9 amount to be proved at trial.

10       114. Defendants Pfizer, Pharmacia, Monsanto, and Searle's conduct, as described herein,

11 knowing of the dangers and risks of Bextra, yet fraudulently misrepresenting and/or concealing

12 and/or omitting to tell plaintiffs and/or plaintiffs' treating physicians of these material facts,  was

13 outrageous because of defendants' evil motive or reckless indifference to the safety of users of

14 Bextra, including plaintiffs.

15       WHEREFORE, each plaintiff demands judgments in their favor against defendants

16 Pharmacia, Searle, Monsanto and Pfizer, jointly, severally and for common liability for:

17       A. A fair and just amount of actual damages in an amount to be proved at trial;

18       B. Costs of suit;

19       C. Pre-judgment and post-judgment interest;

20       D. Punitive damages in a fair and reasonable amount to punish and deter defendants and

21 others from engaging in the wrongful conduct; and

22       E. Such other and further relief as the Court deems just and proper under the circumstances.

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JEFFREY J. LOWE, PC

By: _____
    Jeffrey J. Lowe
    Francis J. "Casey" Flynn
    Attorney for Plaintiff
    8235 Forsyth, Suite 1100
    St. Louis, Missouri 63105
    (314) 678-3400
    Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

507851 / 005424                    22                    COMPLAINT