John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 08-1411 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Floyd Thanes, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc. et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs John Hammond, Chris Piechoinski, Gary Bebb, Elbert Rickman, David Sachs, Rob Brazzon, and John Sanderson in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a); and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: 1/15, 2010   By: _____

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**